## Geo. B. JETER, alias L. V. Lawrence, v. STATE.

No. 16999.

Court of Criminal Appeals of Texas.
Nov. 14, 1934.

Davenport & Loftin, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for receiving and concealing stolen property; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and regularly presented. The evidence heard upon the trial is not before the reviewing court.

There are various requests for special charges and some exceptions and objections to the court's charge, but, in the absence of the statement of facts, we are unable to perceive any matter presented for review which would authorize an annulment of the judgment of conviction.

The judgment is affirmed.

## W. C. KNOX v. STATE.

No. 17235.

Court of Criminal Appeals of Texas.
Oct. 24, 1934.

Binford Arney, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for forgery; punishment, three years in the penitentiary.

We find accompanying this record an affidavit made by appellant in due form, and filed herewith, requesting that his appeal be dismissed. The request is granted.

The appeal is dismissed.

## Benton LAYMAN v. STATE.

No. 17107.

Court of Criminal Appeals of Texas.
Oct. 10, 1934.

See, also, 73 S.W.(2d) 97.

A. B. Haworth, of Comanche, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for robbery with firearms; penalty assessed at confinement in the penitentiary for life.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.